**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-6129**

In Re:  HARLANDO OMAR CARR,

                                          Petitioner.


On Petition for Writ of Mandamus.  (CR-96-20-H)

Submitted:  June 10, 2005          Decided:  June 22, 2005

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Harlando Omar Carr, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Harlando Omar Carr, a federal prisoner, petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his post-judgment motion for production of his sentencing transcript. He seeks an order from this court directing the district court to act. Our review of the docket sheet reveals that the district court denied Carr's motion on May 25, 2005. Accordingly, because the district court has recently decided Carr's motion, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED